**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
LOUIS WAYNE FOWLER



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS WAYNE FOWLER, <br><br> Defendant. | CR No. S-05-0308 EJG <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** <br><br> Date: November 18, 2005 <br> Time: 9:00 a.m. <br><br> Honorable Edward J. Garcia |

The United States of America, by and through Assistant U.S. Attorney William Wong, and Defendant LOUIS WAYNE FOWLER, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from November 18, 2005 at 9:30 a.m. to December 16, 2005 at 9:00 a.m. In addition, the parties agree and stipulate that time be excluded from November 18, 2005 to December 16, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated: November 17, 2005          Respectfully submitted,

                                  /s/ William Wong
                                  WILLIAM WONG

**IT IS SO ORDERED.**

Dated: 11/17/05

_____
HON. EDWARD J. GARCIA
United States District Judge