LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN III (State Bar No. 118694)
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814

Attorney for Defendant
Louis Wayne Fowler

FILED

DEC 15 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LOUIS WAYNE FOWLER,<br><br>  Defendant | Case No.: Cr.S-05-0308-EJG<br><br>JOINT STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND FOR CONTINUED EXCLUSION OF TIME<br><br>DATE: December 16, 2005<br>TIME: 10:00 a.m.<br>Hon. Edward J. Garcia |

The United States of America, by and through Assistant U.S. Attorney William S. Wong, and defendant Louis Wayne Fowler, through his counsel Johnny L. Griffin III, hereby agree and stipulate to continue the status conference from December 16, 2005 to January 27, 2006 at 10:00 a.m.[1]

This continuance is necessary to allow defense counsel additional time to prepare and discuss reach a possible resolution.

///

///

///

---

1. This Court's Clerk has advised that January 27, 2006 at 10:00 a.m. is an available date and time for a status conference.

Joint Stipulation and Order to Continue Status Hearing - 1

The parties Stipulate and agree that it is appropriate to exclude time under Local Code T4 and 18 U.S. C. § 3161(h)(8)(B)(iv) to give counsel reasonable time to prepare and that time continue to be excluded from December 16, 2005 to and including January 27, 2006.

Dated: December 14, 2005         Respectfully submitted,

/s/
WILLIAM S. WONG
Assistant U.S. Attorney

Dated: December 14, 2005         /s/
JOHNNY L. GRIFFIN, III
Attorney for ~~Stephen Ray Stewart~~

**IT IS SO ORDERED.**

Dated: 12/15/05

HON. EDWARD J. GARCIA
U.S. District Judge

Joint Stipulation and Order to Continue Status Hearing - 2