| | |
|---|---|
| 1 | LAW OFFICES OF JOHNNY L. GRIFFIN, III<br>JOHNNY L. GRIFFIN, III (SBN 118694) |
| 2 | 1010 F Street, Suite 200<br>Sacramento, CA 95814 |
| 3 | Telephone: (916) 444-5557<br>Facsimile: (916) 444-5558 |
| 4 | |
| 5 | Attorneys for Defendant<br>LOUIS WAYNE FOWLER |




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | CR No. S-05-0308 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| | ) | Date: January 27, 2006 |
| LOUIS WAYNE FOWLER | ) | Time: 10:00 a.m. |
| | ) | |
| Defendant. | ) | Honorable Edward J. Garcia |
| | ) | |
| | ) | |

c/EJG

The United States of America, by and through Assistant U.S. Attorney William Wong, and Defendant LOUIS WAYNE FOWLER, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from January 27, 2006 at 10:00 a.m. to March 17, 2006 at 10:00 a.m.[1] In addition, the parties agree and stipulate that time be excluded from January 27, 2006 to March 17, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

---

1. The parties have been advised by this Court's Clerk that March 17, 2006 at 10:00 a.m. is an available date and time for a status conference on this matter.

U.S. v. Fowler
CR No. S-05-0308 EJG
STIPULATION AND ORDER
TO CONTINUE STATUS CONFERENCE - 1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

| | |
|---|---|
| Dated: January 26, 2006 | Respectfully submitted, |
| | /s/ William Wong<br>WILLIAM WONG[2]<br>Assistant U.S. Attorney |
| Dated: January 26, 2006 | /s/ Johnny L. Griffin, III<br>JOHNNY L. GRIFFIN, III<br>Attorney for LOUIS WAYNE FOWLER |

### ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 1/26/06

HON. EDWARD J. GARCIA
United States District Judge

---

[2] Assistant United States Attorney William Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Fowler
CR No. S-05-0308 EJG
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814