IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                         CR. NO. S-05-0308 EJG

LOUIS WAYNE FOWLER,

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,           CIV. NO. S-06-0202 GEB-KJM

    v.

APPROXIMATELY $57,120.00 IN     <u>RELATED CASE ORDER AND</u>
UNITED STATES CURRENCY,         <u>ORDER SETTING STATUS</u>
                             <u>CONFERENCE</u>

        Defendant.
_____/

    Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123. The actions arise out of the same law enforcement investigation and may involve same or similar legal and factual questions. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

///

///

1

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action entitled Civ. No. S-06-0202 GEB-KJM is hereby reassigned to Judge Edward J. Garcia for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. S-06-0202 EJG-KJM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS FURTHER ORDERED that the stay imposed by Judge Burrell remains in effect.  However, the status conference presently set before Judge Burrell for February 26, 2007, is VACATED.  The status conference is reset before Judge Garcia at 10:00 a.m., October 6, 2006.  The parties shall submit supplemental status reports addressing the future scheduling of the case, ten days prior to the conference.

IT IS SO ORDERED.

August 3, 2006          /s/ Edward J. Garcia
                        EDWARD J. GARCIA, JUDGE
                        UNITED STATES DISTRICT COURT

2