```
                                                           FILED
                                                          SEP 2 8 2006
                                                     CLERK, U.S. DISTRICT COURT
                                                     EASTERN DISTRICT OF CALIFORNIA
                                                     BY _____
                                                            DEPUTY CLERK
                                                         C/EJG
```

1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Tel.: (916) 444-5557
   Fax: (916) 444-5558
4
   Attorney for LOUIS WAYNE FOWLER
5

6               UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )  Case No.: CR S-05-0308 EJG
                                    )
10           Plaintiff,             )  STIPULATION AND PROPOSED ORDER
                                    )  FOR STATUS CONFERENCE
11      vs.                         )
                                    )  Date: September 29, 2006
12 LOUIS WAYNE FOWLER,              )  Time: 10:00 a.m.
                                    )  Court: Hon. Edward J. Garcia
13           Defendant.             )
                                    )

15      The United States of America, by and through Assistant U.S. Attorney William

16 Wong, and Defendant LOUIS WAYNE FOWLER, by and through his attorney, Johnny L.

17 Griffin, III, hereby agree and stipulate to continue the status conference in the above

18 captioned case from September 29, 2006 at 10:00 a.m. to November 17, 2006 at 10:30 a.m.

19 to allow counsel for Defendant additional time to prepare and discuss resolution with

20 counsel for the government. In addition, the parties agree and stipulate that time be

21 excluded from September 29, 2006 to November 17, 2006 pursuant to Local Code T4, and

22 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

24

25 Dated: September 28, 2006              Respectfully submitted,

                                         /s/ Johnny L. Griffin, III

STIPULATION AND ORDER - 1

1  JOHNNY L. GRIFFIN, III
   Attorney for LOUIS WAYNE FOWLER
2

3  Dated: September 28, 2006              Respectfully submitted,

4

5              /s/ Samuel Wong
   Samuel Wong[1]
6  Assistant U.S. Attorney

7

8  **ORDER**

9

10    Based on the stipulation of the parties and good cause apparent therein, the Court

11 hereby finds that the failure to grant a continuance in this case would deny Defendant's

12 counsel reasonable time necessary for effective preparation, taking into account the exercise

13 of due diligence. The Court specifically finds that the ends of justice are served by the

14 granting of such continuance and outweigh the interests of the public and the Defendant in a

15 speedy trial.

16    Based on these findings and pursuant to the stipulation of the parties, the Court

17 hereby adopts the stipulation of the parties in its entirety as its order.

18

19    **IT IS SO ORDERED.**

20 Dated: 9/29/06                          _____
                                           HON. EDWARD J. GARCIA
21                                         United States District Judge

---

[1] Assistant United States Attorney William Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

STIPULATION AND ORDER - 2