| | |
|---|---|
| FILED | |
| October 18, 2006 | |
| CLERK, US DISTRICT COURT | |
| EASTERN DISTRICT OF | |
| CALIFORNIA | |
| DEPUTY CLERK | |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Case No. CR.S-05-0308-EJG
           Plaintiff,           )
                                )   ORDER FOR RELEASE OF
v.                              )   PERSON IN CUSTODY
                                )
LOUIS WAYNE FOWLER,             )
                                )
           Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LOUIS WAYNE FOWLER , Case No.  CR.S-05-0308-EJG , Charge  21USC § 841(a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  ✔ Bail Posted in the Sum of $ 250,000.00

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

  ✔ (Other)   Pretrial Conditions as stated on the reord.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 18, 2006  at  4:18 pm .

      By  /s/ Gregory G. Hollows
        Gregory G. Hollows
        United States Magistrate Judge

Copy 5 - Court