LAW OFFICES OF JOHNNY L. GRIFFIN, III
JOHNNY L. GRIFFIN, III (SBN 118694)
SILKY SAHNAN (SBN 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
LOUIS WAYNE FOWLER

FILED
JAN 2 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS WAYNE FOWLER,<br><br>Defendant. | CR No. S-05-0308 EJG<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>Date: January 26, 2007<br>Time: 10:00 a.m.<br><br>Honorable Edward J. Garcia |

The United States of America, by and through Assistant U.S. Attorney William Wong, and Defendant LOUIS WAYNE FOWLER, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from January 26, 2007 at 10:00 a.m. to March 2, 2007 at 10:00 a.m. Counsel for Defendant and the Government need additional time to discuss the terms of Defendant's plea agreement.[1] In addition, the parties agree and stipulate that time be

---

1. The parties have been advised by this Court's Clerk that March 2, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

U.S. v. Fowler
CR No. S-05-0308 EJG
STIPULATION AND ORDER
TO CONTINUE STATUS CONFERENCE   1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1 | excluded from January 26, 2007 to March 2, 2007 pursuant to 18 U.S.C. §
2 | 3161(h)(8)(B)(iv) and Local Code (T4)

3 | Dated: January 25, 2007          Respectfully submitted,

4 |                                   /s/ William Wong
5 |                                   WILLIAM WONG[2]
   |                                   Assistant U.S. Attorney
6 |

7 | Dated: January 25, 2007           /s/ Johnny L. Griffin, III
   |                                   JOHNNY L. GRIFFIN, III
8 |                                   Attorney for LOUIS WAYNE FOWLER

9 |
10 |                              **ORDER**

11 | Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

17 | Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

19 | **IT IS SO ORDERED.**

22 | Dated: 1/25/07                    _____
   |                                   HON. EDWARD J. GARCIA
23 |                                   United States District Judge

---

[2] Assistant United States Attorney William Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Fowler
CR No. S-05-0308 EJG
STIPULATION AND ORDER
TO CONTINUE STATUS CONFERENCE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814