LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN III (State Bar No. 118694)
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814

Attorney for Defendant
Louis Wayne Fowler



FILED
APR 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-05-0308-EJG |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND FOR CONTINUED EXCLUSION OF TIME |
| vs. | |
| LOUIS WAYNE FOWLER, | |
| Defendant | DATE: April 6, 2007<br>TIME: 10:00 a.m.<br>Hon. Edward J. Garcia |

The United States of America, by and through Assistant U.S. Attorney William S. Wong, and defendant Louis Wayne Fowler, through his counsel Johnny L. Griffin III, hereby agree and stipulate to continue the status conference from April 6, 2007 to June 1, 2007 at 10:00 a.m.

This continuance is necessary to allow defense counsel additional time to prepare and discuss reach a possible resolution.

///

///

///

Joint Stipulation and Order to Continue Status Hearing - 1

The parties Stipulate and agree that it is appropriate to exclude time under Local Code T4 and 18 U.S. C. § 3161(h)(8)(B)(iv) to give counsel reasonable time to prepare and that time continue to be excluded from April 6, 2007 to and including June 1, 2006.

Dated: April 5, 2007                Respectfully submitted,


/s/
WILLIAM S. WONG
Assistant U.S. Attorney


Dated: April 5, 2007                /s/
JOHNNY L. GRIFFIN, III
Attorney for Louis W. Fowler

**IT IS SO ORDERED.**

Dated: 4/5/07

HON. EDWARD J. GARCIA
United States District Court Judge