**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for LOUIS WAYNE FOWLER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR S-05-0308 EJG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: June 1, 2007 |
| LOUIS WAYNE FOWLER, | Time: 10:00 a.m. |
| Defendant. | Court: Hon. Edward J. Garcia |

Defendant LOUIS WAYNE FOWLER, by and through his undersigned attorney, Johnny L. Griffin, III, and the United States of America, by and through Assistant United States Attorney William S. Wong, hereby agree and stipulate to continue the status conference in the above captioned case from June 1, 2007 to July 27, 2007[1] at 10:00 a.m. to allow counsel for Defendant additional time to prepare and discuss resolution with counsel for the government.

In addition, the parties agree and stipulate that time be excluded from June 1, 2007 to July 27, 2007 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

---

[1] .The parties have been advised by this Court's Clerk that July 27, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND ORDER - 1

Dated: May 31, 2007                         Respectfully submitted,

                                                         /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for LOUIS WAYNE FOWLER

Dated: May 31, 2007                         Respectfully submitted,

                                                         /s/ William S. Wong
WILLIAM S. WONG
Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  May 31, 2007             /s/ Edward J. Garcia
                                              Hon. Edward J. Garcia
                                              United States District Judge

---

[1] Assistant United States Attorney William S. Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.