1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790



**FILED**

JUL 17 2008



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. S-05-308 EJG |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER DECLARING REVOCATION AND FORFEITURE OF |
| LOUIS WAYNE FOWLER, ) | BOND |
| Defendant, ) | |
| and ) | |
| GLEN FOWLER and LINDA FOWLER, ) | |
| Sureties. ) | |

Having previously found the defendant violated the conditions of his release and in consideration of the government's _ex parte_ motion for declaration of revocation and forfeiture of bond,

IT IS HEREBY ORDERED that the property bond posted on behalf of the above-named defendant is revoked and ordered forfeited.

The U.S. Attorney shall take all necessary steps to recover from defendant Louis Wayne Fowler, as Principal, and Glen Fowler and Linda Fowler, as Sureties, jointly and severally, the sum of $250,000, plus interest from the date of entry of the judgment at

1

1 | the current legal ~~rate~~ rate until paid, plus costs of the Court.
2 | DATED: July 10, 2008

```
                              _____
                              HONORABLE EDWARD J. GARCIA
                              U.S. District Court Judge
```

```
 1  UNITED STATES OF AMERICA,              Cr. S-05-308 EJG
 2                 Plaintiff,
                                           CERTIFICATE OF SERVICE BY MAIL
 3       v.
 4  LOUIS WAYNE FOWLER,
 5                 Defendant,
 6       and
 7  GLEN FOWLER and LINDA FOWLER,
 8                 Sureties.
 9
```

10      The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

12      That on July 10, 2008, she served a copy of the attached:

14      PLAINTIFF'S EX PARTE MOTION FOR DECLARATION OF FORFEITURE OF BOND and PROPOSED ORDER

15  by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California; or by placing said copy into an inter-office delivery receptacle located in the Clerk's office of the U.S. District Court in Sacramento, California.

19  SERVICE BY MAIL

20  Linda Fowler and Glen Fowler
    2033 Middleberry Road
21  Sacramento, CA 95815
    (Also, to be served in person by the U.S. Marshals Service.)

23  Johnny L. Griffin, III
    Law Offices of Johnny L. Griffin, III
24  1010 F Street, Suite 200
    Sacramento, CA 95814

27      KELI SENKEVICH
        Legal Assistant

1