DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARY JENNIFER BERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>                Plaintiff,          )<br>                                    )<br>       v.                           )<br>                                    )<br> LOUIS WAYNE FOWLER at al.,         )<br>                                    )<br>                Defendants.         )<br>                                    )<br>  _____  ) | No. 2:05-CR-00308 EJG<br><br>**STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS FOR DEFENDANT MARY JENNIFER BERG**<br><br>Judge: Hon. Edmund F. Brennan |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Mary Jennifer Berg, through their respective attorneys, that the conditions of Ms. Berg's pretrial release may be modified to include a special condition that she participate in a program of medical or psychiatric counseling or treatment as approved by the Pretrial Services Officer.

/////

/////

/////

1    Defense counsel seeks this condition on behalf of Ms. Berg after
2 consultation with the Pretrial Services Officer, who agrees that the
3 condition is appropriate and who recommends it.

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

Dated:  July 22, 2008                /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for MARY JENNIFER BERG

                                            McGREGOR SCOTT
                                            United States Attorney

Dated:  July 22, 2008                /s/ T. Zindel fo W. Wong
                                            WILLIAM S. WONG
                                            Assistant U.S. Attorney

# O R D E R

The proposed special release condition requiring medical and psychiatric treatment as directed by Pretrial Services is adopted as a condition of the release of defendant Mary Jennifer Berg.  All other conditions remain in force.

    IT IS SO ORDERED.

Dated:  July 22, 2008

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE