McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr. S-05-308 EJG |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER DIRECTING ENTRY |
| | ) OF FINAL JUDGMENT OF FORFEITURE |
| v. | ) OF BOND |
| LOUIS WAYNE FOWLER, | ) |
| Defendant, | ) |
| and | ) |
| GLEN FOWLER and LINDA FOWLER, | ) |
| Sureties. | ) |

The United States of America having moved for an order directing the Clerk of the United States District Court to enter judgment of default against the defendant in the amount of $250,000, jointly and severally with the sureties in the amount of $250,000 as to Glen Fowler and Linda Fowler; and it appearing to the Court from the entire record that the requested relief should be granted,

///

1  IT IS HEREBY ORDERED, that the Clerk of the United States
2  District Court is hereby directed to enter judgment against LOUIS
3  WAYNE FOWLER, as Defendant and Principal, and GLEN FOWLER and
4  LINDA FOWLER, as Sureties, jointly and severally, in the amount
5  of Two Hundred Fifty Thousand Dollars ($250,000), plus court
6  costs and post-judgment interest at the current legal rate.
7  DATED:
8      7/23/08                    _____
9                                 HONORABLE EDWARD J. GARCIA
                                  U.S. District Court Judge

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on July 10, 2008, she served a copy of the attached **[PROPOSED] ORDER DIRECTING ENTRY OF FINAL JUDGMENT OF FORFEITURE OF BOND** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

<u>Served By US Mail</u>:
Addressee(s):

Linda Fowler and Glen Fowler
2033 Middleberry Road
Sacramento, CA 95815
(Also, to be served in person by the U.S. Marshals Service.)

Johnny L. Griffin, III
Law Offices of Johnny L. Griffin, III
1010 F Street, Suite 200
Sacramento, CA 95814

KELI SENKEVICH
Legal Assistant