```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
```

Attorney for Defendant
MARY JENNIFER BERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:05-CR-00308 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MARY JENNIFER BERG, | ) | |
| | ) | |
| Defendant. | ) | Date: January 9, 2009 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for January 9, 2009, may be continued to February 13, 2009, at 10:00 a.m.

   The parties seek additional time to investigate the circumstances of defendant's involvement in the alleged offense. Accordingly, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and

that time under the Speedy Trial Act may be excluded from the date of this order through February 13, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: January 8, 2009         /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MARY JENNIFER BERG

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: January 8, 2009         /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to February 13, 2009, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through February 13, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 8, 2009
                                        /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Court Judge