PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>LOUIS WAYNE FOWLER,<br><br>       Defendant, <br><br>LINDA FOWLER,<br><br>       Surety. | CASE NO. 2:05-CR-00308-WBS<br><br>**STIPULATION RE FORFEITURE OF PROPERTY BOND; ORDER THEREON** |

The United States of America and the surety, Linda Fowler, agree and stipulate as follows:

**BACKGROUND**

1. On July 28, 2005, Defendant Louis Wayne Fowler ("Defendant") was indicted on one count of 'Manufacturing Marijuana Plants,' one count of 'Carrying and Possessing a Firearm in Furtherance of a Drug Trafficking Offense,' and one count of Felon in Possession of a Firearm.' ECF 7.

2. An Appearance Bond in the sum of $250,000 was entered on October 19, 2006. Sureties Glen Fowler[1] and Linda Fowler provided the bond, secured by a deed of trust in favor of the Clerk of the Court. ECF 36.

---
[1] Glen Fowler is now deceased.

STIPULATION/ORDER RE BOND FORFEITURE         1

3. The deed of trust was recorded on October 18, 2006, in Sacramento County, California, granting a deed of trust on property located at 6124 20th Street, Rio Linda, California 95673 ("Rio Linda Property"). ECF 64-1.

4. Defendant violated the conditions of his release, and the bond was ordered revoked and forfeited on July 17, 2008. The order also provided for interest and costs. ECF 67.

## **STIPULATION**

1. Surety Linda Fowler will list the Rio Linda Property for sale.
2. When the Rio Linda Property is under contract, the United States will provide an escrow demand for $250,000 to the escrow agent.
3. Upon receipt of the $250,000 by the Clerk of the Court, the Clerk of the Court shall prepare a reconveyance of the deed of trust and forward it to the escrow agent or Linda Fowler for recording. Additionally, the Clerk of the Court shall move the funds into the Crime Victim's Fund.
4. The Parties request that the Court order that the interest and costs be waived upon the Clerk of the Court's receipt of $250,000.

FOR THE UNITED STATES:

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: 7/25/2023      By:     /s/*Robin Tubesing*
                              ROBIN TUBESING
                              Assistant United States Attorney

FOR THE SURETY:

Dated: 7/19/2023              /s/*Linda Fowler*
                              LINDA FOWLER
                              Surety

STIPULATION/ORDER RE BOND FORFEITURE     2

**O R D ER**

The Court, having reviewed the court files and the Parties' Stipulation re Bond Forfeiture; Order Thereon, and good cause appearing therefrom, hereby APPROVES the Stipulation, including waiver of interest and costs upon the Clerk of the Court's receipt of $250,000.

IT IS SO ORDERED.

Dated:  July 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE